

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/20

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

February 12, 2020

BY ECF

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re: Elinson Cepeda v. Commissioner of Social Security
19 Civ. 4936 (BCM)

Dear Judge Moses:

The defendant's motion for judgment on the pleadings in the above-referenced case is due February 14, 2020. We write respectfully to request, with the consent of plaintiff's counsel, that the remaining briefing schedule for this case be adjourned for 30 days as follows: defendant's motion for judgment on the pleadings by March 16, 2020, and plaintiff's reply, if any, by April 6, 2020. The reason for this request is the need for additional time to prepare the papers given the seven briefs due on the calendar of the undersigned in the month of February, including another brief due on February 14, 2020. No prior adjournment has been requested in this case. We appreciate the Court's consideration of this request.

Respectfully,

**APPLICATION GRANTED**

Barbara Moses, U.S.M.J.
2/12/20

GEOFFREY S. BERMAN
United States Attorney

By: _____s/ Susan D. Baird_____
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc: Howard D. Olinsky, Esq.