**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ELINSON CEPEDA,

                Plaintiff,                    19 **CIVIL** 4936 (BCM)

        -against-                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Opinion and Order dated November 24, 2020, plaintiff's motion is DENIED, the Commissioner's motion is GRANTED, and this action is DISMISSED.

**Dated:**  New York, New York
       December 3, 2020

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                            **BY:**    *K. Mango*
                                                         **Deputy Clerk**